JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROGER L. CULERSON, II, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STERLING INFOSYSTEMS, INC, a foreign corporation doing business in California, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.  CV 13-09186-DMG (PJWx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [15]** |
|---|---|

The Court has reviewed the parties' stipulated dismissal, and good cause appearing,

IT IS ORDERED THAT this action is dismissed with prejudice.  All pending dates and deadlines are VACATED.

DATED:  February 19, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE